UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ZELAYA,<br>　　　　　Petitioner,<br>　　v.<br>KEN CLARK, Warden,<br>　　　　　Respondent. | Case No. 17-cv-03499-YGR (PR)<br>**JUDGMENT** |

　　　For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

　　　IT IS SO ORDERED.

Dated: September 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge